IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT BULGER, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DAVIS, MAAS & BEACH, LLC, AND )<br>ROBERT KISTER )<br>)<br>Defendants. | Case No. 3:22-CV-00504-MAB |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the amended complaint filed on June 30, 2022, Defendant Robert Kister was TERMINATED from this action (Doc. 25).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on October 25, 2022 (Doc. 43) and the Court's Order reflecting this Stipulation of Dismissal (Doc. 44), this cause of action is voluntarily DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own costs.

DATED: October 26, 2022

                                              MONICA A. STUMP,
                                              **Clerk of Court**

                                              BY:  /s/ *Jennifer Jones*
                                                        **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
 **MARK A. BEATTY**
 **United States Magistrate Judge**